UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Joseph Alfred Laureano**                                **Docket No. 5:16-CR-61-2BO**

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Alfred Laureano, who, upon an earlier plea of guilty to 18 U.S.C. §§ 1344(1), 1344(2) and 2, Bank Fraud and Aiding and Abetting, and 18 U.S.C. § 1708, Theft of United States Mail, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 13, 2016, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Joseph Alfred Laureano was released from custody on September 22, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 13, and 25, 2017, Laureano submitted to urine testing at the probation office and the result of each test was positive for cocaine. He admitted using cocaine with co-workers after work and apologized for his actions. It appears Mr. Laureano has some history of substance abuse and would benefit from participating in drug treatment. Therefore, it is recommended supervision be continued but modified to require Laureano to serve 2 days in jail and participate in the DROPS program to address any further drug use. It is also recommended the court impose a drug aftercare condition to address any treatment needs. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Joseph Alfred Laureano
Docket No. 5:16-CR-61-2BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ John A. Cooper
John A. Cooper
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2046
Executed On: October 31, 2017

## ORDER OF THE COURT

Considered and ordered this 31 day of October, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge